No. 15-7013
_____

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

Tawanda Jones,

Appellant,

v.

Law Office of David Sean Dufek and
and CACH, LLC

Appellees.
_____

**CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES**

The following information is provided pursuant to the Court's Order of February 5, 2015 and D.C. Circuit Rule 28(a)(1).

**A.    Parties**

<u>Appellants</u>

Tawanda Jones


<u>Appellees</u>

Law Office of David Sean Dufek

CACH, LLC

**B.     Rulings for Review**

The ruling for review is the final order entered in case 1:14-cv-00533-RJL by the Hon. Richard J. Leon on January 6, 2014 granting Appellees' Motion to Dismiss on the Pleadings Pursuant to Rule 12(c).

**C.     Related Cases**

None.

Dated:  March 5, 2015                                   Respectfully submitted,

PERRY CHARNOFF PLLC

  /s/ Mikhael D. Charnoff
Mikhael D. Charnoff (Bar No. 55318)
2300 Wilson Boulevard, Suite 240
Arlington, VA 22201
P: 703-291-6650
F: 703-563-6692
mike@perrycharnoff.com

*Counsel for CACH, LLC*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 5th day of March, 2015, I caused a copy of this Certificate as to Parties, Rulings, and Related Cases to be served via the Court's electronic filing system on:

Radi Dennis
CONSUMER JUSTICE ESQ
P.O. Box 57417
Washington, DC 20037
*Counsel for Appellant*

                                          /s/ Mikhael D. Charnoff
                                          Mikhael D. Charnoff