

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits. 15-7013

1. Article Addressed to:

David Sean Dufek, Sr.
4295 Gesner St.
Suite 3-C2
San Diego, CA 92117

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _David L. Dufek_  ☐ Agent  ☒ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)
   7007 0710 0004 7195 7782

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540