## UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TAWANDA JONES,** | ) <br> ) <br> ) |
| **Plaintiff/Petitioner,** | ) **No. 15-7013** <br> ) <br> ) |
| **v.** | ) <br> ) |
| **LAW OFFICE OF** <br> **DAVID SEAN DUFEK, et al** | ) <br> ) <br> ) <br> ) |
| **Defendants/Respondent** | ) <br> ) |

## CONSENT MOTION TO EXCEED PAGE LIMIT

Petitioners, Tawanda Jones *et al*, respectfully seek leave to file an opening brief that exceeds 30 pages. Pursuant to Circuit Rule 27(h)(2), Petitioners have consulted with counsel for Respondents, who do not oppose this motion. Petitioners of course returns the courtesy should Respondents decide to file a brief equal in length. The additional pages are necessary in part due to the significance and complexity of the issues presented as many are issues of first impression for the Circuit. Petitioners need sufficient space to explain, for the benefit of the Court in resolving the issues presented as to why the January 6th Order should be reversed even though Respondents clearly disagree with Petitioners' position.

Petitioners seek leave to file an opening brief totaling no more than 38 pages, and thus respectfully request an additional eight pages for such brief.

The proposed page limit will allow Petitioners to sufficiently address the multiple issues of first impression raised by the District Court's January 6th Order. Accordingly, Petitioners believe that compelling reasons justify this request and respectfully ask that the Court grant them permission to file an opening brief not to exceed 38 pages. Likewise, Petitioners consent to Respondents filing an opposing brief of equal length should they so desire.

CONSUMER JUSTICE ESQ

By: /s/RDennis
Radi Dennis
Counsel for *APPELLANT*
Consumer Justice ESQ
P.O. Box 57417
Washington DC 20037
Telephone: (202) 579-1243
Facsimile: (202) 644-5228
rdennis@consumerjusticeesq.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of September, 2015, I caused this Consent Motion to Exceed Page Limit to be filed electronically with the Clerk of the Court using the CM/ECF System, which will send notice of such filing to the following registered CM/ECF user:

Mikhael D. Charnoff
PERRY CHARNOFF PLLC

2300 Wilson Blvd, Suite 240
Arlington, VA 22201
*Counsel for Appellee*

The undersigned further caused this Consent Motion to Exceed Page Limit to be mailed via first class mail, postage prepaid, to Mr. Dufek at the address identified below as he is not a registered CM/ECF user.

David Sean Dufek
Law Office of David Sean Dufek
4295 Gesner Street #3-C2
San Diego, CA 92117
*Pro Se*

I further certify that I caused the required copies of the Consent Motion to Exceed Page Limit to be hand filed with the Clerk of the Court.

By: /s/RDennis
Radi Dennis
Counsel for *APPELLANT*
CONSUMER JUSTICE ESQ
P.O. Box 57417
Washington DC 20037
Telephone: (202) 579-1243
Facsimile: (202) 644-5228
rdennis@consumerjusticeesq.com