# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 15-7013**                                                    September Term, 2015

1:14-cv-00533-RJL

Filed On: September 18, 2015

Tawanda Jones,

    Appellant

   v.

David Sean Dufek, Sr. and Cach, LLC,

    Appellees

    **BEFORE:**   Henderson, Rogers, and Pillard, Circuit Judges

## O R D E R

Upon consideration of the motion to exceed page limits, it is

**ORDERED** that the motion to exceed page limits be denied. Appellant has not shown extraordinarily compelling reasons to exceed the page limits. See D.C. Cir. Rule 28(e)(1). Appellant's opening brief may not exceed 30 pages or 14,000 words. See Fed. R. App. P. 32(a)(7). Counsel is reminded that the opening brief may contain up to 14,000 words, which, assuming an average of 250 words per page, permits 56 pages so long as the brief includes a certificate of the number of words in the brief. See id.

The Clerk is directed to enter a new briefing schedule.

**Per Curiam**

                              **FOR THE COURT:**
                              Mark J. Langer, Clerk

                BY:   /s/
                           Robert J. Cavello
                           Deputy Clerk