# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 15-7013**　　　　　　　　　　　　　　　　　　**September Term, 2015**

　　　　　　　　　　　　　　　　　　　　　　　　　　1:14-cv-00533-RJL

　　　　　　　　　　　　　　　　　　　　Filed On: January 14, 2016 [1593722]

Tawanda Jones,

　　　　Appellant

　　v.

David Sean Dufek, Sr. and Cach, LLC,

　　　　Appellees

## O R D E R

　　Upon consideration of appellees' consent motion for extension of time to file its brief, it is

　　**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellees' Brief | January 27, 2016 |
| Appellant's Reply Brief | February 10, 2016 |

　　　　　　　　　　　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　　　　　　　　　　　Mark J. Langer, Clerk

　　　　　　　　　　　　　　BY:　/s/
　　　　　　　　　　　　　　　　　Michael C. McGrail
　　　　　　　　　　　　　　　　　Deputy Clerk