# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 15-7013**  **September Term, 2016**

1:14-cv-00533-RJL

**Filed On:** October 3, 3016

Tawanda Jones,

    Appellant

  v.

David Sean Dufek, Sr. and Cach, LLC,

    Appellees

**BEFORE:**   Henderson and Kavanaugh, Circuit Judges; Randolph, Senior Circuit Judge

## O R D E R

Upon consideration of appellant's petition for panel rehearing filed on August 23, 2016, it is

**ORDERED** that the petition be denied.

**Per Curiam**

          **FOR THE COURT:**
          Mark J. Langer, Clerk

BY:  /s/
       Ken R. Meadows
       Deputy Clerk